# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06CR00161-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROBERT LEE EVANS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter was heard on May 17, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Stevan Bradley appearing for Mark B. Marein.

    The violation report was referred to Magistrate Judge William H. Baughman, Jr., to conduct appropriate proceedings and for the issuance of a Report and Recommendation. The Report and Recommendation was filed April 29, 2013 [Doc. 233] and no objections were filed by either plaintiff or defendant.

    The Court entertained statements from counsel for the parties, the defendant and the supervising officer. The Court adopted the Report and Recommendation and found the following terms of supervision had been violated:

        1)   Unauthorized use of drugs;

    The Court noted the violation to be Grade C, a Criminal History Category of IV and recommended guideline range of 8 to 14 months. The Court, after considering the Sec. 3553(a) factors, continues the supervision under the conditions previously set.

**IT IS SO ORDERED.**

Dated: May 17, 2013                          s/ James S. Gwin
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE